1  ALEXANDER B. CVITAN (SBN 81746),
   (Email: alc@rac-law.com)
2  MARSHA M. HAMASAKI (SBN 102720), and
   (Email: marshah@rac-law.com)
3  PETER A. HUTCHINSON (SBN 225399), Members of
   (Email: peterh@rac-law.com)
4  REICH, ADELL & CVITAN, A Professional Law Corporation
   3550 Wilshire Boulevard, Suite 2000
5  Los Angeles, California  90010-2421
   Telephone:  (213) 386-3860; Facsimile:  (213) 386-5583
6
7  Attorneys for Plaintiff Construction Laborers Trust Funds for
   Southern California Administrative Company, LLC

8                UNITED STATES DISTRICT COURT

9       FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

| | |
|---|---|
| 11  CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> ANZALONE MASONRY, INC., a California corporation;  KERRYANNE ANZALONE, an individual;  BLASE ANZALONE, JR., an individual; WESTERN NATIONAL MUTUAL INSURANCE COMPANY, a Minnesota corporation; SOLPAC CONSTRUCTION, INC., a California corporation doing business as SOLTEK PACIFIC CONSTRUCTION COMPANY;  LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation, and DOE 1 through DOE 4, inclusive, <br><br> Defendants. | CASE NO. 2:17-CV-04221 ODW (AFMx) <br><br> NOTICE OF DISMISSAL AS TO: <br><br> 1. SOLPAC CONSTRUCTION, INC.; <br> 2. LIBERTY MUTUAL INSURANCE COMPANY and <br> 3. FIFTH CLAIM FOR RELIEF <br><br> [F.R.Civ.P. 41(a) or (c)] |

26     PLEASE TAKE NOTICE that the Plaintiff, CONSTRUCTION LABORERS

27  TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE

28  COMPANY, LLC, the administrator of agent for collection for, and a fiduciary to the

1

1  Laborers Health And Welfare Trust Fund For Southern California, Construction
2  Laborers Vacation Trust For Southern California, Laborers Training And Re-Training
3  Trust Fund For Southern California, Center For Contract Compliance, Laborers'
4  Trusts Administrative Trust Fund For Southern California, and San Diego County
5  Construction Laborers Pension Trust Fund, hereby dismisses and dismisses SOLPAC
6  CONSTRUCTION, INC., a California corporation doing business as SOLTEK
7  PACIFIC CONSTRUCTION COMPANY (SOLPAC) and  LIBERTY MUTUAL
8  INSURANCE COMPANY, (LIBERTY) without prejudice pursuant to Rule
9  41(a)(1)(A)(i)  and dismisses its Fifth Claim for Relief for Enforcement of Payment
10 Bond (against SOLPAC, LIBERTY.)

                                        Respectfully Submitted,


13 DATED:  June 29, 2017            ALEXANDER B. CVITAN,
                                    MARSHA M. HAMSAKI, and
                                    PETER A. HUTCHINSON, Members of
                                    REICH, ADELL & CVITAN
                                    A Professional Law Corporation


                                    By: /s/ Marsha M. Hamasaki
                                        MARSHA M. HAMASAKI
                                        Attorneys for Plaintiffs

320725

2