ALEXANDER B. CVITAN (SBN 81746),
Email: alc@rac-law.com
MARSHA M. HAMASAKI (SBN 102720), and Members of
Email: marshah@rac-law.com
PETER A. HUTCHINSON (SBN 225399), Members of
Email: peterh@rac-law.com
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010-2421
Telephone (213) 386-3860; Facsimile (213) 386-5583

Attorneys for Construction Laborers Trust Funds for
Southern California Administrative Company, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ANZALONE MASONRY, INC., a California corporation; KERRYANNE ANZALONE, an individual; BLASE ANZALONE, JR., an individual; WESTERN NATIONAL MUTUAL INSURANCE COMPANY, a Minnesota corporation; SOLPAC CONSTRUCTION, INC., a California corporation doing business as SOLTEK PACIFIC CONSTRUCTION COMPANY; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation, and DOE 1 through DOE 4, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-04221 ODW(AFMx)<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND FINAL ORDER FOR ACCOUNTING AGAINST DEFENDANTS, ANZALONE MASONRY, INC., KERRYANNE ANZALONE, AND BLASE ANZALONE, JR.**<br><br>[Hon. Otis D. Wright, II]<br><br>DATE:   MAY 7, 2018<br>TIME:    1:30 P.M.<br>PLACE:  COURTROOM 5D<br>            First Street Courthouse<br>            350 W. 1st Street<br>            Los Angeles, CA 90012 |

TO THE DEFENDANTS, ANZALONE MASONRY, INC., California corporation; KERRYANNE ANZALONE, an individual; and BLASE ANZALONE, JR., an individual:

1

332995.1

PLEASE TAKE NOTICE that on May 7, 2018 at 1:30 p.m., in Courtroom 5D, 5th Floor of the First Street Courthouse, located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiff will move the Court for Default Judgment and a Final Order for Accounting against Defendants, ANZALONE MASONRY, INC., California corporation ("EMPLOYER"); KERRYANNE ANZALONE, an individual; and BLASE ANZALONE, JR., an individual (the "ANZALONES").

This Motion is based on this Notice of Motion and Motion, the Declarations of Marsha M. Hamasaki and Yvonne Higa, the Memorandum of Points and Authorities in support of Plaintiff's Motion, the Proposed Default Judgment, the records, papers and pleadings on file in this case, and such further evidence and argument as may be presented at the hearing of this motion.

Plaintiff also requests judicial notice ("RJN") of documents from Plaintiff's lawsuit against the ANZALONES' related company and the ANZALONES in the case entitled *Construction Laborers Trust Funds for Southern California Administrative Co., LLC., v. Precision Masonry Builders Inc., etc et al,*, bearing case number 2:16-cv-04358-ODW (AFMx) ("Related Action"). Plaintiff filed a motion for default judgment and for final order for accounting in that Related Action supported by declaration and on March 19, 2018, the Court issued its Order Granting Plaintiff's Motion for Default Judgment [docket no. 71] and Default Judgment and Final Order for Accounting was entered on March 22, 2018 [docket no. 74.] Judicial notice of the following documents submitted in the Related Action is requested:

- RJN, Ex. A: Declaration of Yvonne Higa in Support of Motion for Default Judgment and Final Order for Accounting ("Higa Decl") [docket no. 66];
- RJN, Ex. B: Exhibits "10 through 12" to the Higa Decl [docket no. 66-2];
- RJN, Ex. C: Declaration of Marsha M. Hamasaki in support of Motion for Default Judgment and Final Order for Accounting ("Hamasaki Decl") [docket no. 67]

-2-

332995.1

- RJN, Ex. D: Exhibits to Hamasaki Decl [docket no. 67-1];
- RJN, Ex. E: Order Granting Plaintiff's Motion for Default Judgment [docket no. 71] ("Judgment Order")

This Motion is based on this Notice of Motion and Motion, the Declarations of Marsha M. Hamasaki, and Yvonne Higa; the Memorandum of Points and Authorities in support of Plaintiff's Motion, the Interlocutory Order for Accounting entered by the Court, the Proposed Default Judgment and Final Order for Accounting, the records, papers and pleadings on file in this case, and such further evidence and argument as may be presented at the hearing of this motion.

DATED: March 30, 2018

ALEXANDER B. CVITAN,
MARSHA M. HAMASAKI, and
PETER A. HUTCHINSON, Members of
REICH, ADELL & CVITAN
A Professional Law Corporation

By: /s/ Marsha M. Hamasaki
MARSHA M. HAMASAKI
Attorneys for Plaintiff

332995.1

-3-