O

Previously **JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANZALONE MASONRY, INC, a California corporation; KERRYANNE ANZALONE, an individual; BLASÉ ANZALONE, JR., an individual; WESTERN NATIONAL MUTUAL INSURANCE COMPANY, a Minnesota corporation; SOLPAC CONSTRUCTION, INC., a California corporation doing business as SOLTEK PACIFIC CONSTRUCTION COMPANY; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; and DOES 1 through 4, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:17-cv-04221-ODW(AFMx)<br><br>**DEFAULT JUDGMENT AND FINAL ORDER FOR ACCOUNTING AGAINST ANZALONE MASONRY, INC.; KERRYANNE ANZALONE, and BLASÉ ANZALONE, JR.** |

The Defendants, ANZALONE MASONRY, INC., a California corporation ("EMPLOYER"), KERRYANNE ANZALONE, an individual ("K. ANZALONE") and BLASE ANZALONE, JR., an individual ("B. ANZALONE"), having been regularly served with process and having failed to appear and answer the Plaintiff's First Amended Complaint, the Defaults of EMPLOYER, K. ANZALONE and B. ANZALONE have been entered.

EMPLOYER, K. ANZALONE and B. ANZALONE are not infants or incompetent persons, and the Servicemembers Civil Relief Act of 2003 is not applicable to this suit or to K. ANZALONE or to B. ANZALONE and/or to the corporate EMPLOYER.

The issue of the amount of damages was submitted to the Court by motion supported by Declarations.

Based upon the Motion for Default Judgment and Final Order for Accounting and the Declarations submitted and all other records and documents on file;

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that: Judgment is entered in favor of Plaintiff, **CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC**, the administrator, agent for collection and a fiduciary to the Laborers Health and Welfare Trust Fund for Southern California; Construction Laborers Vacation Trust for Southern California; Laborers Training and Re-Training Trust Fund for Southern California; Center for Contract Compliance; Laborers' Trusts Administrative Trust Fund for Southern California; and San Diego County Laborers' Pension Trust Fund, (hereinafter collectively "TRUST FUNDS"), **and against Defendants, ANZALONE MASONRY, INC., a California corporation, KERRYANNE ANZALONE, an individual, and BLASE ANZALONE, JR., an individual**, individually, jointly and severally covering the period from October 2016 through January 2017 as follows:

- **$3,813.25** against **ANZALONE MASONRY, INC.,** consisting of:
    - $2,043.15 in attorneys' fees; and
    - $1,770.10 in costs
- **$3,813.25** against **KERRYANNE ANZALONE and BLASÉ ANZALONE, JR.,** consisting of:
    - $2,043.15 in attorneys' fees; and
    - $1,770.10 in costs

**IT IS FURTHER ORDERED AND DECREED that ANZALONE MASONRY BUILDERS, INC., KERRYANNE ANZALONE, and BLASE ANZALONE, JR.,** submit to an audit of EMPLOYER'S payroll and business records as follows:

The following documents relating to Defendant's work on all projects for the San Diego Unified School District ("SDUSD") covered by the SDUSD Project Stabilization Agreement Construction and Major Rehabilitation Funded by Proposition S ("SDUSD PSA"):

(1) All payroll and employee documents including, but not limited to, Employer's payroll journals, employees' earning records, certified payrolls, payroll check books and stubs, canceled payroll checks, payroll time cards, state and federal payroll tax returns, labor distribution journals, any other documents reflecting the number of hours which Employer's employees worked, their names, social security numbers, addresses, job classifications and the projects on which the employees performed their work.

(2) All Employer's job files relating to its work including all documents, agreements, and contracts between Employer, and the general contractor, or any subcontractor, the daily work logs, supervisor's diaries or notes, employees' diaries, memoranda, releases and any other

documents which related to the supervision of Employer's employees on all SDUSA PSA projects.

(3) All Employer's documents related to cash receipts, including but not limited to, the cash receipts journals, accounts receivable journal, accounts receivable subsidiary ledgers and billing invoices for Employer's work on SDUSA PSA projects.

(4) All Employer's bank statements for all checking, savings and investment accounts.

(5) All Employer's documents related to cash disbursements, including but not limited to, vendors' invoices, cash disbursement journal, accounts payable journals, check registers, cancelled checks and all other documents which indicate cash disbursements.

(6) All Monthly Report Forms submitted by Employer to any union trust fund.

(7) Documents, records, or other writings pertaining to and including the checks/payments issued to any person, company and/or subcontractor relating to work performed on Employer's construction projects, including but not limited to day laborers, or other non-union workers hired to work on Employer's project.

DATED: June 13, 2018

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**